ALBERT H. DOLLARD et al., Respondents, *v.* CHARLES E. WHOWELL, JR., Appellant.

*Dollard* v. *Whowell,* 174 App. Div. 403, affirmed.

(Submitted January 24, 1919; decided February 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered August 24, 1916, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was to restrain the defendant from erecting an apartment house upon his premises adjoining those of plaintiff in alleged violation of a covenant contained in the respective deeds under which both parties derive title. Defendant contended that the character of the neighborhood had so changed since the creation of the restrictive covenants that they should not be enforced.

*Michael J. Joyce* for appellant.

*James O. Miller* and *Henry M. Dater* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ.